## LOWDER v. ALL STAR MILLS

No. 325P92

Case below: 103 N.C.App. 500

Petition by W. Horace Lowder for writ of certiorari to the North Carolina Court of Appeals denied 28 September 1992.

## MAJEBE v. NORTH CAROLINA BOARD OF MEDICAL EXAMINERS

No. 233P92

Case below: 106 N.C.App. 253

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 30 September 1992. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 30 September 1992.

## MOO-CHIC FARM, INC. v. BUIE

No. 337P92

Case below: 107 N.C.App. 302

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 September 1992.

## REVELS v. THOMAS

No. 301P92

Case below: 106 N.C.App. 705

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 September 1992.

## ROSE'S STORES, INC. v. BOYLES

No. 224PA92

Case below: 106 N.C.App. 263

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 30 September 1992.